[No. 10870–4–II.   Division Two.   June 27, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. GRADY RAY YOUNG, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 86–1–00065–7, Gary W. Velie, J., entered

April 1, 1987. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, A.C.J., and Petrich, J.